**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| TERRANCE HAYWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:16-cv-420-MMH-MCR |
| PACKAGING CORPORATION OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terrance Haywood and Defendant Packaging Corporation of America jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| Date: May 9, 2017 | Date: May 9, 2017 |
| HENRICHSEN SIEGEL, P.L.L.C. | LITTLER MENDELSON, P.C. |
| By: /s/ *Neil Henrichsen* (per email consent)<br>    Neil L. Henrichsen<br>    Florida Bar No.: 111503<br>    nhenrichsen@hslawyers.com<br>    1648 Osceola Street<br>    Jacksonville, FL 32204<br>    Telephone: (904) 381-8183<br>    Facsimile: (904) 381-8191<br><br>    Ayesa N. Phillips<br>    Florida Bar No.: 100955<br>    aphillip@hslawyers.com<br>    777 Brickell Avenue, 5th Floor<br>    Miami, FL 33131<br>    Telephone: (305) 721-2860<br>    Facsimile: (904) 212-2800<br><br>Attorneys for Plaintiff,<br>Terrance Haywood | By: /s/ *Timothy S. Anderson*<br>    Gregory R. Schmitz<br>    Florida Bar No.: 94694<br>    gschmitz@littler.com<br>    111 North Magnolia Avenue<br>    Suite 1250<br>    Orlando, Florida 32801<br>    Telephone: (407) 393-2900<br>    Facsimile: (407) 393-2929<br><br>    Timothy S. Anderson (admitted pro hac vice)<br>    tanderson@littler.com<br>    1100 Superior Avenue<br>    20th Floor<br>    Cleveland, Ohio 44114<br>    Telephone:  (216) 696-7600<br>    Facsimile:  (216) 696-2038<br><br>Attorneys for Defendant,<br>Packaging Corporation of America |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Neil L. Henrichsen at Henrichsen Siegel, P.L.L.C., 1648 Osceola Street, Jacksonville, FL 32204, nhenrichsen@hslawyers.com and Ayesa N. Phillips at Henrichsen Siegel, P.L.L.C., 777 Brickell Avenue, 5th Floor, Miami, FL 33131, aphillips@hslawyers.com.

/s/ *Timothy S. Anderson*
Timothy S. Anderson

Counsel for Defendant,
Packaging Corporation of America

Firmwide:147162889.1 079924.1005